IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
APR 13 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) JUDGE PEARSON |
| v. | ) CASE NO. 1:21CR234 |
| SANTON BARNES, | ) Title 26, United States Code, |
| | ) Section 7206(2) |
| Defendant. | ) |

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.  Defendant SANTON BARNES resided in Cleveland, Ohio, in the Northern District of Ohio, Eastern Division.

2.  Defendant held herself out to be a tax preparer and operated a tax preparation business. Clients gave personal identifying information ("PII"), including names, addresses, social security numbers, and dates of birth to Defendant so that Defendant could prepare the tax returns.

3.  A Preparer Tax Identification Number ("PTIN") was a number issued by the Internal Revenue Service ("IRS") to paid tax preparers. It was used to identify individual tax preparers and, when applicable, must be placed in the Paid Preparer section of a tax return that was prepared for compensation. While Defendant prepared returns for clients and filed them on their behalf, she did not list herself by name or PTIN on clients' returns.

4.  Defendant used the PII received from these various clients to prepare and electronically file false, fictitious, and fraudulent tax returns in clients' names. Defendant typically charged clients a fee for her tax return preparation services. Defendant submitted

returns with false wage income and withholdings. Defendant also submitted returns with false dependents and at least one return with a false Schedule C.

COUNTS 1-23
(Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return, 26 U.S.C. § 7206(2))

The Grand Jury charges:

5. The allegations in paragraphs 1 through 4 of the General Allegations are re-alleged and incorporated by reference in these counts, as though fully restated herein.

6. On or about the dates set forth below, in the Northern District of Ohio, Eastern Division, Defendant SANTON BARNES willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service, of tax returns for the taxpayers and calendar years below, which were false and fraudulent as to a material matter. The tax returns reported fictitious or falsely inflated income, withholding, dependents, or schedules, whereas Defendant knew the taxpayers had less income, withholding, and dependents and no Schedule C income, each false return constituting a separate count of this Indictment, as set forth below:

| Count | Tax Period | Approx. Filing Date | Taxpayer | Line Number and Title of False Item | Tax Return Form |
|---|---|---|---|---|---|
| 1 | 2014 | 02/16/2015 | A.A. | Line 7, Wages, salaries, tips, etc. | 1040A |
| 2 | 2015 | 02/29/2016 | A.A. | Line 7, Wages, salaries, tips, etc | 1040 |
| 3 | 2014 | 03/16/2015 | D.B. | Line 1, Wages, salaries, and tips. | 1040EZ |
| 4 | 2015 | 02/29/2016 | D.B. | Line 7, Wages, salaries, tips, etc. | 1040A |
| 5 | 2016 | 04/17/2017 | D.B. | Line 7, Wages, salaries, tips, etc. | 1040A |
| 6 | 2015 | 02/29/2016 | A.C. | Line 7, Wages, salaries, tips, etc. | 1040 |
| 7 | 2016 | 02/02/2017 | A.C. | Line 7, Wages, salaries, tips, etc. | 1040 |
| 8 | 2015 | 03/07/2016 | T.E. | Line 6c, Dependents | 1040 |
| 9 | 2016 | 03/06/2017 | T.E. | Line 6c, Dependents | 1040 |
| 10 | 2014 | 02/23/2015 | P.H. | Line 6c, Dependents | 1040 |
| 11 | 2015 | 02/29/2016 | P.H. | Line 6c, Dependents | 1040 |
| 12 | 2016 | 03/06/2017 | P.H. | Line 6c, Dependents | 1040 |
| 13 | 2014 | 02/23/2015 | C.H. | Line 7, Wages, salaries, tips, etc. | 1040A |

| Count | Tax Period | Approx. Filing Date | Taxpayer | Line Number and Title of False Item | Tax Return Form |
|---|---|---|---|---|---|
| 14 | 2015 | 02/29/2016 | C.H. | Line 7, Wages, salaries, tips, etc. | 1040 |
| 15 | 2014 | 03/02/2015 | L.R. | Line 6c, Dependents | 1040A |
| 16 | 2015 | 02/22/2016 | L.R. | Line 6c, Dependents | 1040A |
| 17 | 2014 | 02/16/2015 | T.S. | Line 7, Wages, salaries, tips, etc. | 1040A |
| 18 | 2015 | 03/14/2016 | T.S. | Line 7, Wages, salaries, tips, etc. | 1040 |
| 19 | 2016 | 02/20/2017 | T.S. | Line 12, Business income or (loss) | 1040 |
| 20 | 2014 | 02/16/2015 | N.W. | Line 7, Wages, salaries, tips, etc. | 1040A |
| 21 | 2015 | 02/29/2016 | N.W. | Line 7, Wages, salaries, tips, etc. | 1040 |
| 22 | 2014 | 02/23/2015 | I.W. | Line 7, Wages, salaries, tips, etc. | 1040A |
| 23 | 2015 | 02/29/2016 | I.W. | Line 7, Wages, salaries, tips, etc. | 1040 |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.